11089192
5.01
1/14/10

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

IN RE

RAMON & DIANA MARTINEZ          B-07-02606-B

Debtors

    IT APPEARING from the check filed herein, that the funds belonging to the estate of the above-named debtor have been disbursed in accordance with orders entered herein, excepting the individual listed herein: Ramon & Diana Martinez, 339 Virginia Street, Buffalo, NY 14210

    AND IT

    FURTHER APPEARING that more than ninety (90) days have elapsed since distribution

    Albert J. Mogavero, the Trustee herein, hereby remits to the Clerk of the U.S. Bankruptcy Court for the Western District of New York the sum of $5.01 representing unclaimed funds belonging to the above-named debtor.

Dated: January 14, 2010          ALBERT J. MOGAVERO
                                      CHAPTER 13 TRUSTEE


FILED JAN 1 4 2010 BANKRUPTCY COURT BUFFALO, N.Y.